**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANIEL LACHMAN, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Civil Action No. 2:26-cv-1655-CCW <br><br> JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Daniel Lachman, and or their counsel(s), hereby give notice that the following defendants listed in Schedule "A" of the above-captioned action is dismissed without prejudices.

- Bydevia (Defendant No. 3) – Amazon Seller ID: A1WZDVLGFY7V0Q
- COSHARKLY (Defendant No. 4) – Amazon Seller ID: A2ZD66Z8SRJWXB
- LEBEIGHT (Defendant No. 10) – Amazon Seller ID: A2MRWQKP2HHMDX
- OY PATCH (Defendant No. 17) – Amazon Seller ID: AZGPZB2UQW7FN
- LIXIANEU (Defendant No. 11) – Amazon Seller ID: A3TMLCICE0O88N
- Soleebee US (Defendant No. 19) – Amazon Seller ID: A35SSLPY12STW8
- TOBEBETTER (Defendant No. 23) – Amazon Seller ID: A12FZJUN7S8BL3
- YJ Premiums (Defendant No. 29) – Amazon Seller ID: A3DRALEBFKI9IL
- JASPIN-US (Defendant No. 33) – Amazon Seller ID: AS6XBJLKO2PHE
- Yazmeen (Defendant No. 28) – Amazon Seller ID: A1HGY96ML6TAY4
- Kangyoushuo (Defendant No. 8) – Amazon Seller ID: AVQCUFAF26DGZ

Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated: September 22, 2026

Respectfully submitted,

By: */s/ Xiyan Zhang*
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone#(215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*